UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. LEWIS, D.M.D., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM MICHAEL STEMLER, et al.,<br><br>　　　　Defendants. | Civ. No.  S-13-0574 KJM EFB |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID M. LEWIS,<br><br>　　　　Defendant, | Cr. No.  S-14-0045 MCE<br><br>ORDER |

　　　　The court has received the Notice of Related Cases concerning the above-captioned cases filed February 21, 2014.  *See* Local Rule 123.  The court has, however, determined relating and reassigning Criminal No. S-14-0045 MCE to Civil No. S-13-0574 KJM EFB would not be likely to effect a substantial savings of judicial effort because of the difference between the questions of fact and law involved in each action.

　　　　IT IS SO ORDERED.

DATED: March 14, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1